IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:11-cv-54-D

| | |
|---|---|
| RAY BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | **CONSENT ORDER** |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,198.13, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA) and that the Treasury Judgment Fund will reimburse Plaintiff the $350.00 filing fee paid upon filing the case in this Court. 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff, the sum of $3,198.13 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and that Plaintiff be reimbursed by $350.00 for costs, and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED. This 29 day of June 2012.

                     _____
                     JAMES C. DEVER III
                     Chief United States District Judge

CONSENTED TO:

CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


MARY ELLEN RUSSELL
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Social Security Boulevard
Altmeyer Building, Rm. 617
Baltimore, MD 21235
Telephone: (410) 966-6388
Mary.Ellen.Russell@ssa.gov
Maryland Bar

2
Case 7:11-cv-00054-D   Document 35   Filed 06/29/12   Page 2 of 2